Joseph GUERIN, Plaintiff–Appellant,

v.

Melvin T. HIGGINS, in his individual capacity, Donald Williams, Michael J. Miranda, J. Michael Bruhn and Vincent G. Bradley, in their official capacities, Defendants–Appellees.

No. 00–0244.

United States Court of Appeals,
Second Circuit.

April 11, 2001.

**32**

Joseph Guerin, Napanoch, NY, pro se.

Present KEARSE and CABRANES, Circuit Judges, TRAGER, District Judge.*

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Northern District of New York, and was submitted by plaintiff *pro se.*

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Hurd's Decision and Order dated July 25, 2000. We also reject plaintiff's contention that he is entitled to declaratory relief based on *Pulliam v. Allen,* 466 U.S. 522, 536–37, 104 S.Ct. 1970, 80 L.Ed.2d 565 (1984), given that the *Pulliam* holding with respect to such relief has been effectively overruled by Congress. *See* Federal Courts Improvement Act, Pub.L. No. 104–317, 110 Stat. 3847 (1996) (amending 42 U.S.C. § 1983 to provide that "injunctive relief shall not be granted" in an action brought against "a judicial officer for an act or omission taken in such officer's judicial capacity," "unless a declaratory decree was violated or declaratory relief was unavailable").

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.

---

* Honorable David G. Trager, of the United States District Court for the Eastern District of New York, sitting by designation.